# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

155814

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LISA ELAINE TAYLOR,
      Defendant-Appellant.

SC: 155814
COA: 336921
Genesee CC: 03-011302-FC

_____/

      On order of the Court, the application for leave to appeal the April 5, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



Clerk

t0905